UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MTA BUS NON-UNION EMPLOYEES RANK
AND FILE COMMITTEE,

Plaintiff,

-against-

METROPOLITAN TRANSPORTATION
AUTHORITY, MTA NEW YORK CITY TRANSIT
and MTA BUS COMPANY,

Defendants.

------------------------------------------------------------------x

**11 CIV 4493**

Civil No.

**JUDGE RAKOFF**

NOTICE OF REMOVAL



Defendants Metropolitan Transportation Authority ("MTA"), New York City Transit

Authority (sued as MTA New York City Transit) ("NYCT"),  and MTA Bus Company ("MTA

Bus"), by and through their undersigned counsel, hereby state:

1.  Defendants seek to exercise their right, pursuant to 28 U.S.C. §§ 1441 and 1446, to

remove this state court civil action to this Court from the Supreme Court of the State of New York,

County of New York, in which it is pending under the name and style of MTA Bus Non-Union

Employees Rank and File Committee v. Metropolitan Transportation Authority, MTA New York

City Transit and MTA Bus Company, Index No. 11106337/2011.

2.    The grounds for removal of this action are:

a.  This is a civil action in which the District Courts of the United States have been

given original jurisdiction in that it arises under the Constitution and laws of the

United States within the meaning of 28 U.S.C. § 1331.

b.  Specifically, as appears from the Summons with Notice (Exhibit A hereto), the

plaintiff seeks damages based on defendants' alleged failure to provide equal

benefits in violation of the Equal Protection Clause of the United States Constitution and Section 13(c) of the Federal Transit Act, 49 U.S.C. § 5333(b). Therefore, this is an action over which this Court would have had original jurisdiction had it been filed initially in this Court.

    c.   All of the other claims for relief asserted by the plaintiff in the Summons with Notice served in this action are so related to those claims in the action within this Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution, so that this Court has supplemental jurisdiction over all such other claims pursuant to 28 U.S.C. § 1367(a).

    d.   Therefore, removal to this Court is proper under the provisions of 28 U.S.C. § §1441(a) and (b).

3.   Plaintiff served the Summons with Notice, which is its initial pleading, on June 3, 2011 on defendants MTA and NYCT and on June 7, 2011 on defendant MTA Bus. This Notice of Removal is thus filed within 30 days of all defendants' receipt of such initial pleading and therefore timely filed under 28 U.S.C. § 1446(b).

4.   In accordance with 28 U.S.C. § 1446(a), attached as Exhibit A to this notice and incorporated by reference is a copy of the Summons with Notice, filed on May 31, 2011 in the Supreme Court of the State of New York, County of New York, under Index No. 11106337/2011, which is all of the process, pleadings, and orders served on defendants or any of them prior to their removal of this action.

5.   Venue of this removal is proper under 28 U.S.C. § 1441(a) in the United States District Court for the Southern District of New York because this is the judicial district and division in which the action is pending in the Supreme Court of the State of New York, County of New York.

6. All of the defendants have consented to removal as evidenced by the signature of counsel below.

7. Pursuant to 28 U.S.C. 1446 (d), defendants will promptly serve written notice of the filing of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of New York.

WHEREFORE, this Court should accept jurisdiction of this action and place it on this Court's docket for further proceedings as though it had been originally commenced in this Court.

Dated:  New York, New York
        June 30, 2011

                                    Respectfully submitted,

                                    JAMES B. HENLY
                                    General Counsel
                                    Metropolitan Transportation Authority
                                    Attorney for Defendants

                            By: _____
                                    MARY FISHER BERNET (MB-6451)
                                    Associate Counsel
                                    Metropolitan Transportation Authority
                                    347 Madison Avenue, 9th Floor
                                    New York, New York 10017
                                    (212) 878-1094

To:    DEALY & SILBERSTEIN, LLP
       Attorneys for Plaintiff
       MTA Bus Non-Union Employees
       Rank and File Committee
       225 Broadway, Suite 1405
       New York, New York 10007
       (212) 385-0066

3

**EXHIBIT A**

Received

Date: _____ Time: _____          FOR MTA ONLY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X

MTA BUS NON-UNION EMPLOYEES RANK
AND FILE COMMITTEE,

                                        Plaintiff,

        - against -

METROPOLITAN TRANSPORTATION
AUTHORITY, MTA NEW YORK CITY TRANSIT
and MTA BUS COMPANY,

                                        Defendants.
----------------------------------------------------------------X

NEW YORK
COUNTY CLERK'S OFFICE

MAY 31 2011

NOT COMPARED
WITH COPY FILE

Index No.: 
Date purchased: 

                111 06337

**SUMMONS WITH NOTICE**

The basis of venue is Defendants'
principal place of business.

To the above named Defendants:

        YOU ARE HEREBY SUMMONED TO APPEAR in this action by serving a Notice of

Appearance on Plaintiff's undersigned attorneys within twenty (20) days after the service of this

Summons, exclusive of the day of service, or within thirty (30) days after the service is complete

if this summons is not personally delivered to you within the State of New York.

        TAKE NOTICE THAT the nature of this action and the relief sought is to recover

damages for Defendants' failure to provide pension benefits to Plaintiffs, violation of the Equal

Protections Clauses of the New York and United States Constitutions, violations of the New

York State Civil Service Law, violations of Section 13(c) of the Federal Transit Act, breach of

contract, quantum meruit, and in case of your failure to appear, judgment will be taken against

you by default for an amount to be determined at trial but believed to exceed the jurisdictional

threshold, plus the costs and disbursements of this action.

Dated: New York, New York
      May 31, 2011

                                    Yours, etc.,

                                    DEALY & SILBERSTEIN, LLP

By: _____
                                    Milo Silberstein
                                  *Attorneys for Plaintiff*
                                  *MTA Bus Non-union Employees*
                                  *Rank and File Committee*
                                  225 Broadway, Suite 1405
                                  New York, New York 10007
                                  (212) 385-0066

TO:   Metropolitan Transportation Authority
        347 Madison Avenue
        New York, New York 10017

        MTA New York City Transit
        2 Broadway
        New York, New York 10004

        MTA Bus Company
        2 Broadway
        New York, New York 10004

2